**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| DAVID HATCHIGIAN AND JOAN RANDAZZO, | : No. 345 EAL 2023 |
| | : |
| Petitioners | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| NANCY C. GALLAGHER AND DONEGAL INSURANCE GROUP, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.